UST-32, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KLEIN, MARK A. | ) | Case No. 09-33862-PCT RTB |
| KLEIN, LARA S. | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

WILLIAM E. PIERCE, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 109 | 12/14/10 | ARIZONA AMERICAN WATER<br>P.O. BOX 578<br>ALTON, IL 62002-0578 | $11.08 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $11.08 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| March 21, 2011 | /s/William E. Pierce |
| DATE | WILLIAM E. PIERCE, TRUSTEE |